AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

LUIS GALEGO,

      Plaintiff,        JUDGMENT IN A CIVIL CASE

V.

                    CASE NUMBER:  **3:12-cv-00373-RCJ-WGC**

RENEE BAKER, et al.,

      Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** this action is **DISMISSED** without prejudice to plaintiff's commencement of a <u>new</u> action in which he either pays the filing fee in full or submits a complete application to proceed *in forma pauperis*, accompanied by a signed financial certificate and a statement of his inmate account.

  January 16, 2013                                             **LANCE S. WILSON**
                                                            Clerk

                                                            /s/ D. R. Morgan
                                                           Deputy Clerk